IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LADONNA COWARD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION |
| | : FILE NO. 1:11-CV-00383-RWS |
| DET. J. M. SIMONE, in his individual | : |
| capacity and official capacity as law | : |
| enforcement officer with Sandy Springs | : |
| Police Department, DET. THOMAS, in his | : |
| individual capacity and official capacity as | : |
| law enforcement officer with Sandy Springs | : |
| Police Department, and SANDY SPRINGS | : |
| d/b/a SANDY SPRINGS POLICE | : |
| DEPARTMENT, | : |
| | : |
| Defendants. | : |

## AFFIDAVIT OF JEFF THOMAS

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Jeff Thomas, who, upon oath, deposes and states the following:

1.

My name is Jeff Thomas.  I am suffering from no legal disabilities, I am over the age of 18 and the facts contained in this affidavit are based upon my personal knowledge.

2.

I am a citizen of the State of Georgia; I reside in Cobb County, Georgia.

3.

I earned my POST certification in 1996 and I was employed as a POST certified police officer in Georgia for approximately 15 years; back in 2009 I was employed as a Detective with the City of Sandy Springs Police Department.  I voluntarily retired from full time law enforcement work in 2011.

4.

City of Roswell Detective Skip Tucker contacted me in September, 2009 to discuss a recent homicide of a young woman named Fantasia Byrd and he explicitly requested the assistance of Sandy Springs law enforcement in the investigation.

5.

Detective Tucker advised me that he needed the assistance of Sandy Springs police officers for several reasons, including the following: the homicide suspects may have been involved in a bar fight in Sandy Springs just before the homicide and Kevin Coward, one of the suspects, resided in Sandy Springs.

6.

Detective Joseph Simone and I contacted Kevin Coward's sister, Wanda White, at the Kroger supermarket at 8331 Roswell Road in Sandy Springs on September 11, 2009 in an attempt to discover the whereabouts of her brother.

7.

Wanda White advised me that Kevin Coward occasionally resided at an unknown apartment on Huntcliff Village Court in Sandy Springs.

8.

Wanda White also stated to me that Kevin Coward's phone was off and she had no way of contacting him.

9.

Detective Simone and I proceeded to the apartment complex at Huntcliff Village Court in Sandy Springs in the afternoon of September 11, 2009.

10.

Detective Simone and I made contact with an individual matching the description of Kevin Coward who appeared to be attempting to flee the scene in a Ford Mustang that just arrived at the apartment complex and was being driven by a young woman.

11.

Kevin Coward eventually confirmed his identity and I helped detain him until City of Roswell police officers arrived to take him for questioning in their homicide investigation.

12.

I had a conversation with Ladonna Coward, the driver of the Ford Mustang, while at the scene at Huntcliff Village Court on September 11, 2009.

13.

Ms. Coward told me that she had been telephoned by someone to give her brother Kevin Coward a ride, but she would not tell me who called her.

14.

Mr. Coward stated that Wanda White telephoned him to tell him that police were looking for him.  I looked at Mr. Coward's cell phone with his permission and confirmed that he had recently received telephone calls from a number associated with Ms. White.

15.

When I tried to question Ms. Coward about her brother's whereabouts and possible involvement in the Byrd homicide, she refused to answer my questions

and told me that she could not because she was on her way to the airport to fly to Miami, Florida that night, and she would be there for at least one week.

16.

I handed Ms. Coward my business card and asked her to call me when she was back in town and she agreed to do so.

17.

Ladonna Coward left the scene on September 11, 2009.

18.

Roswell police officers took custody of Kevin Coward without incident.

19.

On September 14, 2009 I spoke with City of Roswell police officer Bradley who informed me that he had seen Ms. Coward at the Roswell Jail on September 12, 2009 inquiring about her brother.

20.

I telephoned Ladonna Coward on September 14, 2009 and asked her if she had gone on her trip to Florida and if she was back into town.

21.

Ms. Coward advised me that she had gone on her trip and had gotten back into town on September 13, 2009.

22.

Based on these statements from Ms. Coward and the information I received from Officer Bradley, I believed that Ms. Coward had deliberately lied to me about her whereabouts while we were assisting the Byrd homicide investigation and her brother's possible involvement.

23.

Based on the totality of the evidence before me, I believed that there was probable cause that Ladonna Coward had committed the crime of making false representations to police (Sandy Springs Ordinance 38-2).

24.

I informed Detective Joseph Simone of all the critical facts that supported the case against Ms. Coward and asked him to apply for the arrest warrant for her because I was working at that time on a time sensitive project in another case.

25.

On September 14, 2009 Detective Simone and I took Ms. Coward into custody from the Roswell Detention Center where she had already been arrested on a prior warrant.

26.

We took custody of Ms. Coward based on both the Sandy Springs warrant Detective Simone applied for and a pre-existing bench warrant from Clayton County.

27.

Once Ms. Coward was in custody, Detective Simone and I transported her without incident to the Doraville Detention Center where she was booked in on both the Sandy Springs warrant and the Clayton County warrant.

28.

Prior to this incident, I did not know Ladonna Coward. At no time did I act with actual malice toward her or actual intent to injure her. At no time did I act with any deliberate intention to do wrong. As it relates to Ms. Coward, I believed and continue to believe that her arrest was supported by probable cause based on the totality of evidence available to me.

29.

I certify that a true and correct copy of my incident report detailing my involvement with Ladonna Coward in September, 2009 is attached as "Exhibit A."

Further affiant sayeth not, this _____ day of January, 2012.

Jeff Thomas

Sworn to and subscribed

before me this ___ day

of _____, 2012.

MELISSA JORDAN
Notary Public
Cobb County
State of Georgia
My Commission Expires Oct 4, 2014

I:\604\223-Coward v. City of Sandy Springs\Pleadings\Affidavit of Jeff Thomas.doc